IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| BRADLEY GLENN POLLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:23-cv-00004 |
| v. ) | |
| ) | |
| REEM JAHSHAN, ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF REMOVAL</u>**

Defendant Reem Jahshan ("Jahshan"), by counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes this action from the Circuit Court for the County of Shenandoah, Virginia, to the United States District Court for the Western District of Virginia, Harrisonburg Division, and in support thereof states as follows:

1. On December 21, 2022, Plaintiff Bradley Glenn Pollack ("Plaintiff") filed his Complaint in the Circuit Court for the County of Shenandoah, Virginia, entitled *Bradley Glenn Pollack v. Reem Jahshan*, Case No. CL220013410-00. In accordance with 28 U.S.C. § 1446(a), all process, pleadings and orders served upon Jahshan are attached as **Exhibit A**.

2. Jahshan was served with the Summons and Complaint on January 2, 2023. As required under 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days of Jahshan's receipt of the Summons and Complaint.

3. A Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court for the County of Shenandoah, Virginia, a copy of which is attached as **Exhibit B**.

4. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

5. Jahshan is, and at all times has been, including at the time the Complaint was filed and at the time of removal, a citizen and resident of Indiana with her place of permanent residence and domiciliary located at 4566 Stonegate Drive, Newburgh, Indiana 47630.  See, **Exhibit A** (caption).

6. Plaintiff is, and at all times has been, including at the time the Complaint was filed and at the time of removal, a citizen and resident of Virginia.

7. Therefore, there is complete diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1), as the citizenship of Plaintiff is diverse from the citizenship of Jahshan.

8. As set forth in the Complaint, the amount in controversy in this action exceeds the sum or value of $75,000.00, exclusive of interest and costs, as Plaintiff seeks the sum of one hundred and twenty thousand ($120,000.00) in damages, in addition to other relief, in its Complaint.

9. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because it is an action of a civil nature between citizens of different states in which the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because this District and Division encompass the Circuit Court for the County of Shenandoah, Virginia, the forum from which this action has been removed.

11. Jahshan reserves all defenses, including those under Rule 12 of the Federal Rules of Civil Procedure, and does not waive said defenses by the filing of this Notice of Removal.

WHEREFORE, Defendant Jahshan hereby requests that this action be removed to this Court.

**REEM JAHSHAN,**

By Counsel:

/s/ Timothy P. Bosson
Timothy P. Bosson, Esq. (VSB: 72746)
Bosson Legal Group, PC
8300 Arlington Blvd., Ste. B2
Fairfax, Virginia 22031
tbosson@bossonlaw.com
Phone (571) 775-2529
Fax (571) 775-2521
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I will send a copy of the foregoing to:

>Bradley G. Pollack (VSB: 25290)
>440 North Main Street
>Woodstock, VA 22664
>bgpollack@gmail.com
>540-459-08600
>540-459-8670 (fax)
>*Counsel for Plaintiff*

By:   /s/ Timothy P. Bosson